

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00313-CV

Patrick **MINOR**,
Appellant

v.

**ST. PHILIP'S COLLEGE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03609
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant Patrick Minor filed a statement of inability to afford payment of court costs; no costs are taxed in this appeal.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice